| | Date Filed | # | Docket Text |
|---|---|---|---|
| 1. | 11/08/2006 | 427 | MOTION for SUMMARY JUDGMENT by Catherine E. Witherspoon. Motion Hearing set for 12/11/2006 at 01:30 PM in Courtroom 2 (AWI) before Judge Anthony W. Ishii. (Attachments: # 1 Points and Authorities in Support of Motion for Summary Adjudication as to the EPCA Preemption Claim# 2 Statement Separate Statement of Undisputed Facts in Support of the Motion for Summary Adjudication as to the EPCA Preemption Claim)(Peter, Ellen) (Entered: 11/08/2006) |
| 2. | 11/08/2006 | 428 | APPENDIX by Catherine E. Witherspoon re 427 MOTION for SUMMARY JUDGMENT filed by Catherine E. Witherspoon,. *of Other Authorities and Exhibits A, B, C & D* (Peter, Ellen) (Entered: 11/08/2006) |
| 3. | 11/22/2006 | 490 | MEMORANDUM/RESPONSE in OPPOSITION re 427 MOTION for SUMMARY JUDGMENT. *Summary Adjudication as to the EPCA Preemption Claim* (Ludwiszewski, Raymond) (Entered: 11/22/2006) |
| 4. | 11/22/2006 | 491 | STATEMENT of Response To Separate Statement of Undisputed Facts Re EPCA Preemption Claim by Intervenor Plaintiff The Association of International Automobile Manufacturers re 427 MOTION for SUMMARY JUDGMENT. (Ludwiszewski, Raymond) (Entered: 11/22/2006) |
| 5. | 11/22/2006 | 498 | MEMORANDUM/RESPONSE in OPPOSITION re 427 MOTION for SUMMARY JUDGMENT. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Bentsen, Derek) (Entered: 11/22/2006) |
| 6. | 11/22/2006 | 501 | DECLARATION of Reginald R. Modlin in Opposition To re 427 MOTION for SUMMARY JUDGMENT. (Bentsen, Derek) (Entered: 11/22/2006) |
| 7. | 11/22/2006 | 502 | DECLARATION of Alan R. Weverstad re 498 Memorandum/Response in Opposition to Motion, 499 Application - ATY,,. *Declaration in Opposition to SJ* (Attachments: # 1 Exhibit A)(Bentsen, Derek) (Entered: 11/22/2006) |
| 8. | 11/22/2006 | 504 | DECLARATION of Thomas C. Austin re 498 Memorandum/Response in Opposition to Motion. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Bentsen, Derek) (Entered: 11/22/2006) |

| | | | |
|---|---|---|---|
| 9. | 11/22/2006 | 505 | DECLARATION of Ronald Harbour re 498 Memorandum/Response in Opposition to Motion. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bentsen, Derek) (Entered: 11/22/2006) |
| 10. | 11/22/2006 | 506 | DECLARATION of M. Laurentius Marais re 498 Memorandum/Response in Opposition to Motion. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bentsen, Derek) (Entered: 11/22/2006) |
| 11. | 11/22/2006 | 507 | STATEMENT of Counterstatement of Uncontested Material Facts by Plaintiffs Merle Stone Chevrolet, Inc., Merle Stone Porterville, Inc., Sturgeon and Beck, Swanson Fahrney Ford, Alliance of Automobile Manufacturers, Central Valley Chrysler-Jeep, Inc., Kitahara Pontiac GMC Buick, Inc., Madera Ford Mercury, DaimlerChrysler Corporation, - General Motors Corporation, Tulare County Farm Bureau, Madera Chevrolet, Frontier Dodge, Inc., Tom Fields Motors, Inc, Pistoresi Chrysler, Bob Williams Chevrolet, Courtesy Oldsmobile Cadillac, Inc. re 498 Memorandum/Response in Opposition to Motion. (Bentsen, Derek) (Entered: 11/22/2006) |
| 12. | 12/04/2006 | 543 | REPLY to RESPONSE to MOTION re 427 MOTION for SUMMARY JUDGMENT. *Defendant & Defendant-Intervenors' Reply Memorandum of Points & Authorities in Support of Motion for Summary Adjudication of EPCA Preemption Claim* (Attachments: # 1 Statement Defendant & Defendant-Intervenors' Response & Objections to Plaintiffs' & Plaintiff-Intervenor AIAM's Additional Material Facts on Defendants' Motion for Summary Adjudication of EPCA Preemption Claim)(Peter, Ellen) (Entered: 12/04/2006) |
| 13. | 12/04/2006 | 544 | DECLARATION of Marc N. Melnick in in Support of Defendants' Motion for Summary Adjudication on the EPCA Preemption Claim with Exhibits A-F re 427 MOTION for SUMMARY JUDGMENT. (Attachments: # 1 Exhibit A (Austin Depo Pages)# 2 Exhibit B (Harbour Depo Pages)# 3 Exhibit C (Habour Depo, Ex.6)# 4 Exhibit D (Harbour Depo Ex. 8)# 5 Exhibit E (Harbour Depo Ex. 9)# 6 Exhibit F (Keller Expert Report))(Peter, Ellen) (Entered: 12/04/2006) |